```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 14317
   CLAUDIA M EVANS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0224

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/04/2008 and was confirmed 08/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  98.83%.

     The case was dismissed after confirmation 12/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
T MOBILE                    UNSECURED       NOT FILED           .00            .00
T MOBILE                    NOTICE ONLY     NOT FILED           .00            .00
ASPEN MASTERCARD            NOTICE ONLY     NOT FILED           .00            .00
ASPEN MASTERCARD            UNSECURED        1026.30            .00            .00
AT&T BROADBAND              UNSECURED       NOT FILED           .00            .00
AT&T BROADBAND              NOTICE ONLY     NOT FILED           .00            .00
LVNV FUNDING                UNSECURED         615.90            .00            .00
MARINA DEL SABALO           UNSECURED       NOT FILED           .00            .00
MARIN                       NOTICE ONLY     NOT FILED           .00            .00
AFNI/MCI                    UNSECURED         518.77            .00            .00
MCI WORLDCOM                NOTICE ONLY     NOT FILED           .00            .00
MCI COMMUNICATIONS          UNSECURED       NOT FILED           .00            .00
MCI COMMUNICATIONS          NOTICE ONLY     NOT FILED           .00            .00
NEW MILLENNIUM BANK         UNSECURED       NOT FILED           .00            .00
PENN FOSTER EDUCATION DI    UNSECURED       NOT FILED           .00            .00
PENN FOSTER EDUCATION DI    NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED        1396.76            .00            .00
PEOPLES GAS LIGHT & COKE    NOTICE ONLY     NOT FILED           .00            .00
TCF NATIONAL BANK           UNSECURED       NOT FILED           .00            .00
TCF NATIONAL BANK           NOTICE ONLY     NOT FILED           .00            .00
TRIBUTE MASTERCARD          UNSECURED        1061.15            .00            .00
TRIBUTE MASTERCARD          NOTICE ONLY     NOT FILED           .00            .00
US DEPT OF EDUCATION        UNSECURED        5927.22            .00            .00
FINGERHUT DIRECT MARKETI    UNSECURED         352.05            .00            .00
GLEASON & GLEASON LLC       DEBTOR ATTY     1,750.00                         239.20
TOM VAUGHN                  TRUSTEE                                           20.80
DEBTOR REFUND               REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14317 CLAUDIA M EVANS
```

```
TRUSTEE                                         260.00

PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                  239.20
TRUSTEE COMPENSATION                                             20.80
DEBTOR REFUND                                                      .00
                                        ----------------  ----------------
TOTALS                                          260.00            260.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 14317 CLAUDIA M EVANS